John Boundas
**WILLIAMS KHERKHER HART & BOUNDAS, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: (713) 230-2200
Facsimile: (713) 643-6226

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |

This Document Relates To:

*Lois T. Frisby v. Pfizer Inc, et al.*
(06-6176 CRB)

*Charles R. Fox v. Pfizer Inc, et al.*
(06-6177 CRB)

*Norman R. Malone v. Pfizer Inc, et al.*
(06-6179 CRB)

*Anne S. Byrd, et al. v. Pfizer Inc, et al.*
(06-6191 CRB)

*Tony L. Constant v. Pfizer Inc, et al.*
(06-6193 CRB)

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**

Come now the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

//

//

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1    each side bearing its own attorneys' fees and costs.

2

3

4    DATED: /O - 18, 2010    By:

5
                                   **WILLIAMS KHERKHER HART &**
6                                  **BOUNDAS, LLP**
                                   8441 Gulf Freeway, Suite 600
7                                  Houston, Texas 77017-5001
                                   Telephone: (713) 230-2200
8                                  Facsimile: (713) 643-6226

9                                  *Attorneys for Plaintiffs*

10

11   DATED: 10/19, 2010    By:          / s /

12
                                   **DLA PIPER LLP (US)**
13                                 1251 Avenue of the Americas
                                   New York, New York 10020
14                                 Telephone: (212) 335-4500
                                   Facsimile: (212) 335-4501
15
                                   *Defendants' Liaison Counsel*
16

17

18
     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
19   **IT IS SO ORDERED.**

20

21   Dated: Oct. 25, 2010

22                                 Hon. Charles R. Breyer
                                   United States District Court
23

24

25

26

27

28
                                          -2-

     STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE